UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

10 NOV 23 AM 8:23

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>Gudberto Guzman Patino,<br><br>           Defendant. | CASE NO. 10CR3572-JAH<br><br>BY:          DEPUTY<br><br>JUDGMENT OF DISMISSAL |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of the Indictment: 21:952 AND 960.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/19/10

                              John A. Houston
                              UNITED STATES DISTRICT JUDGE